[No. 16933-9-II.    Division Two.    May 12, 1995.]

PETER L. TAYLOR, *Appellant*, v. SUNDLAND WATER AND
SEWER DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam
County, No. 91-2-00416-4, Kenneth D. Williams, J., entered
February 12, 1993. *Affirmed* by unpublished opinion per

Houghton, A.C.J., concurred in by Bridgewater and Fleisher, JJ.